■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EARL DAVIS, Appellant.—Application by the defendant for a writ of error coram nobis to vacate a decision and order of this court dated May 20, 1991 *(see, People v Davis,* 173 AD2d 634, *lv denied* 78 NY2d 964), which affirmed a judgment of the Supreme Court, Queens County (Clabby, J.), rendered August 8, 1989.

Ordered that the application is denied.

The defendant has failed to establish that he was denied the effective assistance of appellate counsel. We will not second-guess the reasonable professional judgment of counsel that colorable but nonetheless weak arguments should be omitted from an appellate brief (see, Jones v Barnes, 463 US 745), and the defendant points to no argument that counsel unreasonably failed to advance on appeal. Harwood, J. P., Rosenblatt, Ritter and Copertino, JJ., concur.